UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

Matthew Edlin, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

Cal-Maine Foods, Inc. *et al.*,

        Defendants.

Case No. 3:25-cv-00946-jdp

---

**STIPULATION TO EXTEND RESPONSE DEADLINE**

---

This is a putative antitrust class action in which Plaintiff alleges that Defendants conspired to artificially inflate egg prices. Similar lawsuits are pending in federal courts in Indiana and Illinois. A motion to consolidate all the actions (the "Motion") has been filed with the United States Judicial Panel on Multidistrict Litigation ("JPML"). The Motion seeks to transfer the cases (including this one) to the United States District Court for the Southern District of Indiana. A copy of the Motion is attached as Exhibit A.

In the interests of conserving the resources of the parties and the Court while the JPML considers the Motion, Plaintiff and Defendants Rose Acre Farms, Inc., Versova Holdings, LLC, Daybreak Foods, Inc., Egg Clearinghouse, Inc., United Egg Producers, Hillandale Farms East, Inc., Hillandale Farms of Pa., Inc., Hillandale Farms, Inc., and Hillandale-Gettysburg, LLC[1] have agreed to extend Defendants' time to respond to the Complaint as follows:

---

[1] The signatory Defendants preserve all personal jurisdiction challenges they may have and will raise those (if any) at such time as they respond to the Complaint.

The deadline for all Defendants to answer or otherwise respond to the Complaint in this action is extended until 60 days after the later of:

1. A denial of transfer by the JPML; or

2. The filing of a consolidated complaint following a grant of transfer by the JPML.

We ask the Court to enter a text order adopting this stipulation as to all Defendants.[2] If so, the parties will notify the Court as soon as the JPML issues a decision on the Motion.

Dated: December 9, 2025

**BATHAEE DUNNE LLP**

*s/ Edward M. Grauman*
Brian J. Dunne
Kathryn J. Johnson
Edward M. Grauman
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Phone: 512-575-8848
bdunne@bathaeedunne.com
kjohnson@bathaeedunne.com
egrauman@bathaeedunne.com

Allison Watson
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626
Phone: 213-458-7075
awatson@bathaeedunne.com

Andrew Wolinsky
445 Park Ave, 9th Floor
New York, NY 10022
Phone: 332-208-7337
awolinsky@bathaeedunne.com

*Attorneys for Matthew Edlin*

**GODFREY & KAHN, S.C.**

*s/ Kendall W. Harrison*
Kendall W. Harrison, SBN: 1023438
One East Main Street, Suite 500
Madison, WI 53603
Phone: 608-257-3911
Fax: 608-257-0609
kharrison@gklaw.com

*Attorneys for Rose Acre Farms, Inc., Versova Holdings, LLC, Daybreak Foods, Inc., Egg Clearinghouse, Inc. (ECI), and United Egg Producers d/b/a Egg Farms of America (UEP)*

**DENTONS US LLP**

*s/ John Grossbart*
John Grossbart
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6361
Phone: 312-876-8095
john.grossbart@dentons.com

*Attorneys for Hillandale Farms East, Inc., Hillandale Farms of Pa., Inc., Hillandale Farms, Inc., and Hillandale-Gettysburg, LLC*

---

[2] Some named Defendants have not yet appeared in this action and are not signatories to this Stipulation. The undersigned are unaware of any objection from any non-signatory Defendant to the relief requested herein.