Document Number 034
Case Number 06-CR-0089-C
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
10/17/2007 11:10:19 AM CDT

# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT** |
| | **on a Motion pursuant to** |
| Plaintiff, | **28 U.S.C. § 2255** |
| | |
| v. | Case No.: 06-CR-0089-C |
| | 07-C-497-C |
| **CONNES B. CAMPBELL,** | |
| | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel
_____
by Deputy Clerk

10/17/07
_____
Date